170 A.3d 347

NEW YORK–CONNECTICUT DEVELOPMENT CORP., PLAINTIFF, v. BLINDS–TO–GO (U.S.) INC., DEFENDANT/THIRD–PARTY PLAINTIFF–RESPONDENT, v. ANTHONY NARDOZZI, ET AL., THIRD–PARTY DEFENDANTS, AND BRAVANTE AUTOMATIC SPRINKLER CORP., THIRD–PARTY DEFENDANT–PETITIONER. AND OTHER RELATED CASES

September 11, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005660–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.